IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 9 26 2022
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

NO. 5:22-CR-224-1M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| RANDALL MOORE ) | |
| ) | |

The Grand Jury charges that:

## COUNT ONE

On or about July 26, 2022, in the Eastern District of North Carolina, the defendant, RANDALL MOORE, did knowingly and intentionally possess with the intent to distribute a quantity of Tetrahydrocannabinol (THC), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about July 26, 2022, in the Eastern District of North Carolina, the defendant, RANDALL MOORE, knowingly used and carried a firearm, a machine gun, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of Tetrahydrocannabinol (THC), a Schedule I Controlled Substance, as alleged in Count One of this Indictment, and did possess the firearm in furtherance of said crime, and said firearm was displayed in violation of Title 18, United States Code, Sections 924 (c)(1)(A)(i) and (B)(ii).

1

## COUNT THREE

On or about July 26, 2022, in the Eastern District of North Carolina, the defendant, RANDALL MOORE, did knowingly possess a machinegun, that is an Anderson Manufacturing, model AM15, 5.56mm, in violation of Title 18, United States Code, Sections 922(o) and 942(a)(2).

(Remainder of Page Intentionally Left Blank)

2

# FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Anderson Manufacturing, model AM15, 5.56mm AR pistol, serial number Z1404885 and any and all associated ammunition

b) One ZIG model 1911, .45 caliber pistol and any and all associated ammunition

3

c) One Smith and Wesson, .38 caliber revolver and any and all associated ammunition

d) One Maverick Arms, pistol grip .20 gauge shotgun and any and all associated ammunition

e) One AR upper receive, chambered in 9mm and any and all associated ammunition

f) One AR upper receiver with scope and any and all associated ammunition

g) One Harington & Richardson, .20 gauge shotgun and any and all associated ammunition

h) One Marlin, model 60, .22LR rifle and any and all associated ammunition

i) One Glock 29, 10mm pistol with extended magazine

[Remainder of page intentionally left blank]

4

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

9-20-2022

DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: Ashley H. Foxx
Assistant United States Attorney

5